William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION           21 MC 102 (AKH)

_____X

DAVID VIVAR (AND WIFE, LUZ VIVAR),

                                              **NOTICE OF**
              V.                              **ADOPTION**

63 WALL STREET INC, ET. AL.,
                                              CASE NUMBER: (AKH)
                                              07 CV 05390
_____X

PLEASE TAKE NOTICE THAT Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., Brookfield Properties One WFC Co. LLC f/k/a WFP Tower A Co. L.P. and Brookfield Properties One WFC G.P. Corp. f/k/a WFP Tower A Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
      May __6__ 2008

                                      Faust, Goetz, Schenker & Blee, LLP

                                      By: William J. Smith (WJS-9137)
                                      Attorneys for the Brookfield Parties
                                      Two Rector Street, 20th Floor
                                      New York, NY 10006
                                      (212) 363-6900